IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE MUNOZ,<br>    *Plaintiff,*<br><br> v.<br><br>GOLDBERG, MILLER & RUBIN, P.C.,<br>    *Defendant.* | CIVIL ACTION<br>NO. 21-297 |

# ORDER

**AND NOW**, this 21st day of October 2021, upon consideration of Plaintiffs' Unopposed Motion for Approval of Fair Labor Standards Act Settlement and Release Agreement and Rule 41 Dismissal with Prejudice (ECF 33) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the motion is **GRANTED,** the settlement agreement is **APPROVED** and Plaintiffs' claims are **DISMISSED with prejudice**.[1]

The Clerk of Court shall mark this case **CLOSED**.

                BY THE COURT:


                ***/s/ Gerald J. Pappert***
                GERALD J. PAPPERT, J.

---

[1] The Court retains jurisdiction over any disputes pertaining to enforcement of the settlement agreement.